UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER LYLES,                                    No. 10-11413

        Plaintiff,                          District Judge Arthur J. Tarnow

v.                                              Magistrate Judge R. Steven Whalen

DELORES CROSBY, ET AL.,

        Defendants.
_____ /

## ORDER GRANTING RECONSIDERATION

Plaintiff has filed a motion [Docket #6] to reconsider this Court's order to correct deficiency entered on April 15, 2010. Plaintiff was ordered to file 12 additional copies of his *pro se* civil rights complaint, for service on the Defendants.

Plaintiff's motion for reconsideration is GRANTED, and the order to correct deficiency [Docket #4] is VACATED. The Clerk's Office is ordered to produce a sufficient number of copies of Plaintiff's complaint for service on all Defendants.

IT IS SO ORDERED.


                                                S/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: May 10, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 10, 2010.

                                                S/G. Wilson
                                                Judicial Assistant